JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMIE LEE,                                    )   Case No.  CV 10-8081 DSF (MANx)
                                              )
                    Plaintiff,                )   JUDGMENT OF DISMISSAL
                                              )
v.                                            )
                                              )
WASHINGTON MUTUAL BANK,                        )
                                              )
                    Defendant.                )
                                              )
                                              )
_____              )

        The Court having previously issued an Order to Show Cause re Dismissal for
Lack of Prosecution, and plaintiff not having timely responded,
        IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action
be dismissed without prejudice.




Dated: 4/12/11                              _____
                                                    DALE S. FISCHER
                                              United States District Judge